# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JUAN GONZALEZ,

    Plaintiff,

v.                                                                                          2:23-cv-00405-MIS-DLM

ADVENTURE ENTERPRISES, LLC,
and RIGOBERTO LOPEZ RUIZ,

    Defendants.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION AND GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO CLOSE DUPLICATE CASE AND REFUND REQUEST

**THIS MATTER** is before the Court on the Proposed Findings and Recommended Disposition issued by United States Magistrate Judge Damian L. Martinez on August 17, 2023, ECF No. 8, recommending that the Court grant in part and deny in part Plaintiff Juan Gonzalez's Motion to Close Duplicate Case and Refund Request, ECF No. 3.  Specifically, Judge Martinez recommends granting the request to close this case as duplicative of Case Number 2:23-cv-00401-WJ-DLM, and deny the request for a refund of the filing fee.  ECF No. 8 at 3.  Objections were due by August 31, 2023.  Id.  However, to date, no objections have been filed.  The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions.  U.S. v. One Parcel of Real Property, 73 F.3d 1057, 1059 (10th Cir. 1996).

    **IT IS THEREFORE ORDERED** that

    **1.** the Magistrate Judge's Proposed Findings and Recommended Disposition, ECF No. 8, are **ADOPTED**;

2. Plaintiff's Motion to Close Duplicate Case and Refund Request, ECF No. 3, is **GRANTED IN PART AND DENIED IN PART** consistent with Judge Damian's recommendation;

3. Plaintiff's request for a refund of the filing fee is **DENIED**; and

4. This case is **DISMISSED** as duplicative of Case Number 2:23-cv-00401-WJ-DLM; and

5. This case is now **CLOSED**.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE